# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CORSICA BARBER | CASE NO. 2:21-cv-2137 |
| Plaintiff, | JUDGE ALGENON L. MARBLEY |
| v. | |
| CASS INFORMATION SYSTEMS, INC., | **STIPULATED DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Corsica Barber and Defendant Cass Information Systems, Inc. hereby stipulate that the above-captioned is dismissed with prejudice. Court costs to be paid by Plaintiff.

/s/ Gary A. Reeve
  GARY A. REEVE (0064872)
  LAW OFFICES OF GARY A. REEVE
  5354 Cemetery Road
  Hilliard, OH 43026
  Tel.: (614) 808-1881
  Fax: (614) 334-5107
  greeve@reevelaw.net

/s/  Karen L. Poling
  KAREN L. POLING (0069417)
  KAREN POLING LAW, LLC
  5354 Cemetery Road
  Hilliard, OH 43026
  Tel.: (614) 771-6000
  Fax: (614) 319-7569
  Karen@karenpolinglaw.com

*Attorneys for Plaintiff*

/s/ William J. O'Neill
  WILLIAM J. O'NEILL (0029936)
  KARINA R. CONLEY (0093906)
  MCDONALD HOPKINS, LLC
  600 Superior Avenue, East, Suite 2100
  Cleveland, OH 44114-2653
  Tel.: (216) 348-5400
  Fax: (216) 348-5474
  woneill@mcdonaldhopkins.com
  kconley@mcdonaldhopkins.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of this Stipulated Dismissal was served upon Defendant's counsel via the Court's ECF system this 2nd day of March, 2022.

>s/ Gary A. Reeve
>Gary A. Reeve